354

No. 15–0481/AF.  U.S. v. Daniel T. O'Connor.  CCA 38420.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 30, 2015.

Monday, April 13, 2015

No. 15–0087/MC.  U.S. v. Carlton Wilder, Jr.  CCA 201400118.  Appellant's motion to extend time to file a brief granted to May 7, 2015.

No. 15–0315/AR.  U.S. v. Michael F. Stellato.  CCA 20140453.  Appellant's motion to file a joint appendix is granted.

No. 15–0484/MC.  U.S. v. Kenneth R. Walker.  CCA 201400136.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 4, 2015.

